UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

Oscar Flores Espana
         Plaintiff,

v.                Case No.: 1:07−cv−06329
                Honorable Samuel Der−Yeghiayan

M Yvonne Evans, et al.
         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 13, 2007:

  MINUTE entry before Judge Samuel Der−Yeghiayan: Hearing on emergency motion held on 11/13/2007. Plaintiff's emergency motion for mandamus relief is denied for oral reasons stated on the record in open court. The government to respond to the complaint within 60−days. Status hearing set for 2/6/2008 at 9:00 A.M. Mailed notice by judge's staff.(srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.