UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| OSCAR FLORES ESPANA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 C 6329 |
| | ) | |
| v. | ) | Judge Der-Yeghiayan |
| | ) | |
| M YVONNE EVANS, National Juvenile | ) | |
| Coordinator for the U.S. Immigration, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated

in the above captioned case.  This designation is provided for informational purposes only and does

not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses.

See LR 83.16(b).

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/Sheila McNulty
SHEILA McNULTY
Special Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-8788

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following

documents:    ATTORNEY DESIGNATION

were served on NOVEMBER 13, 2007, in accordance with FED. R. CIV. P. 5, LR5.5, and the General

Order on Electronic Case Filing pursuant to the district court's Electronic Case Filing (ECF) system

as to ECF filers.

s/Sheila McNulty
SHEILA McNULTY
Special Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-8788