IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OSCAR FLORES ESPAÑA, *a minor*,<br><br>Plaintiff,<br><br>v.<br><br>M. YVONNE EVANS, NATIONAL JUVENILE COORDINATOR FOR U.S. IMMIGRATION, and THE DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendants. | FILED<br>NOV 08 2007<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT<br><br>Case No. 07 C 6329<br><br>(Judge to be Assigned)<br><br>MAGISTRATE JUDGE |

## NOTICE OF EMERGENCY MOTION

TO:  Ms. Mary Yvonne Evans
Office of Juvenile Affairs
U.S. Department of Homeland Security
801 I Street NW, Suite 800
Washington, DC 20536
Fax: (202)732-2981

Sheila McNulty, Assistant U.S. Attorney
United States Attorney's Office
Northern District of Illinois, Eastern Division
219 S. Dearborn St., 5th Floor
Chicago, IL 60604
Phone: (312) 353-5300
Fax: (312) 886-4073

PLEASE TAKE NOTICE that on **November 8, 2007** at **9:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Emergency Judge**, in Courtroom ___ at the United States District Court Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and present the attached **Emergency Complaint for Mandamus Relief**, a copy of which is served upon you.

**Name:**      Rosa M. Tumialán
                    Dykema Gossett PLLC
**Address:**  10 South Wacker Drive
**Telephone:** (312) 876-1700

**Attorney for:** Plaintiff
**City:**  Chicago, Illinois  60606
**ARDC No.**  6226267

## PROOF OF SERVICE

The undersigned, state on oath that a copy of the foregoing notice was served to the above by fax and email on November 8, 2007.

/s/ *Rosa M. Tumialán*