IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OSCAR FLORES ESPAÑA, *a minor*, <br><br> Plaintiff, <br><br> v. <br><br> M. YVONNE EVANS, NATIONAL JUVENILE COORDINATOR FOR U.S. IMMIGRATION, and THE DEPARTMENT OF HOMELAND SECURITY, <br><br> Defendants. | Case No. 07 C 6329 <br><br> Judge Samuel Der-Yeghiayan |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COMES Plaintiff, OSCAR FLORES ESPAÑA, by and through his attorneys, DYKEMA GOSSETT PLLC, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), voluntarily dismisses the above-captioned action without prejudice as to all defendants.

Dated: January 31, 2008           Respectfully submitted,

By: /s/ Katharine N. Dunn
Rosa M. Tumialán, ARDC # 6226267
rtumialan@dykema.com
Katharine N. Dunn, ARDC# 6282789,
kdunn@dykema.com
Dykema Gossett PLLC
10 S. Wacker Drive, Suite 2300
Chicago, IL 60606
(312) 876-1700
*Attorneys for Plaintiff Oscar Flores España*

CHICAGO\2418722.1
ID\KND